

## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 18, 2014

Wally Hatch
District Attorney
225 Broadway, Suite 1
Plainview, TX 79072-8050
* DELIVERED VIA E-MAIL *

Kregg Hukill
LAW OFFICE OF KREGG HUKILL, P.C.
P. O. Box 1929
Plainview, TX 79073
* DELIVERED VIA E-MAIL *

**RE:** Case Number:  07-14-00159-CR, 07-14-00160-CR
Trial Court Case Number: A16909-0608, A16910-0608

**Style:** Oscar Ivan Garcia v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Edward Lee Self (DELIVERED VIA E-MAIL)
Carla Cannon (DELIVERED VIA E-MAIL)
Oscar Ivan Garcia